*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Jeffrey Zenon

§
§
§
§
§
§
§
§

(Enter full name of each Plaintiff, above)    §
§
vs.    §    Civil Case No. _____
§    (To be assigned by Clerk of Court)
West River Health Services    §
§
§ **JURY TRIAL DEMANDED** ☐Yes ☑No
§    (Check one)
§
§
§
§
(Enter full name of each Defendant, above)    §

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

THE EEOC HAS ISSUED A NOTICE OF A RIGHT TO SUE, WHICH GRANTS ME THE RIGHT TO FILE A LAWSUIT IN FEDERAL COURT AGAINST THE DEFENDANT UNDER THE AUTHORITY OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964. THE STATUE OF LIMITATIONS IS 90 DAYS FROM THE DATE OF ISSUANCE, WHICH WAS ON THE 27TH OF FEBRUARY, 2025.

ON STATE COURT AMENDED COMPLAINT (SECOND AMENDED COMPLAINT AND SUMMONS WAS SERVED ON THE DEFENDANT)

**SAMPLE COMPLAINT**    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Jeffrey Zenon, MAILING ADDRESS: PO Box 24, Hettinger, North Dakota 58639
RESIDENCE ADDRESS: 112 Main Street North, Apt #4, Hettinger, North Dakota 58639

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

West River Health Services, 1000 US-12, Hettinger, North Dakota 58639

**SAMPLE COMPLAINT**                    2

**IV.  CLAIM.** State the facts of your claim.  Include the name of each person involved, dates and places.  Be as specific as possible.  Do not give any legal argument or cite any cases or statutes.  Use additional sheets of paper if necessary.

ON STATE COURT AMENDED COMPLAINT (SECOND AMENDED COMPLAINT AND SUMMONS WAS SERVED ON THE DEFENDANT)

**V.  ADMINISTRATIVE PROCEDURES.**  If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

ON STATE COURT AMENDED COMPLAINT (SECOND AMENDED COMPLAINT AND SUMMONS WAS SERVED ON THE DEFENDANT)

**SAMPLE COMPLAINT**                    3

**VI. RELIEF.** State what you want the Court to do for you.

ON STATE COURT AMENDED COMPLAINT (SECOND AMENDED COMPLAINT AND SUMMONS WAS SERVED ON THE DEFENDANT)

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 17th day of April_____ , 2 025 .

_____
Signature of Plaintiff

Jeffrey Zenon
_____
Printed Name of Plaintiff

PO Box 24
_____
Mailing Address

Hettinger, North Dakota, 58639
_____
City, State, Zip Code

475-202-9327
_____
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                    4