# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jeffrey Zenon, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| West River Health Services, | ) | Case No. 1:25-cv-088 |
| | ) | |
| Defendants. | ) | |

On August 28, 2025, the court issued an order directing Plaintiff to show cause why this action should not be dismissed in its entirety without prejudice. (Doc. No. 19).

On September 5, 2025, Plaintiff filed a response to the court's order. (Doc. No. 20). Therein he requests that the above-captioned be dismissed without prejudice as this "matter has been proceeding effectively [ ] at a state level." (Doc. No. 20). Accordingly, the court **DISMISSES** the above-captioned action without prejudice.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court